JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE MINER,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>THAHESHA JUSINO,<br><br>　　　　　Defendant(s). | Case No. 5:22-cv-00297-MEMF (MAR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, ECF No. 19,

　　**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: June 9, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge